# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** JANET J. WADE
- **Case Number:** 18-21858-GLT          **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 15, 2018  11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#16 - Final Confirmation of Plan Dated 5/24/2018 (NFC)
R / M #: 16 / 0

### Appearances:

- **Debtor:** A Steidl
- **Trustee:** Winnecour / Pail / Katz / (DeSimone)
- **Creditor:**

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to  1-31-19  at  11:30 .
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

continue for tax returns

11/8/2018   9:16:12AM