Form 151

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Janet J. Wade**
    Debtor(s)

Bankruptcy Case No.: 18–21858–GLT
Related to Docket no. 44
Chapter: 13
Docket No.: 45 – 44
Concil. Conf.: June 13, 2019 at 10:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _4th_____ day of _April_____, _2019_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

   First Class Mail

on the respondent(s) at (list names and addresses here):

   All Parties listed on the attached mailing matrix

Executed on  _4/4/19_____      _/s/ Kenneth Steidl_____
                    (Date)                                                    (Signature)

_Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          AES/PHEAA                                Allegheny Health Network
0315-2                                   1200 N 7th Street                        PO Box 645266
Case 18-21858-GLT                        Harrisburg, PA 17102-1419                Pittsburgh, PA 15264-5250
WESTERN DISTRICT OF PENNSYLVANIA
Pittsburgh
Thu Apr  4 11:51:49 EDT 2019

Allegheny Health Network                 Barclays Bank Delaware                   Bernstein -Burkley, PC
c/o Sate Collection Services             PO Box 8803                              707 Grant Street, Suite 2200
2509 S. Soughton Road                    Wilmington, DE 19899-8803                Gulf Tower
Madison, WI 53716-3314                                                            Pittsburgh, PA 15219-1945


City & School District of Pittsburgh     City & School District of Pittsburgh     City Co Federal Credit Union
Goehring, Rutter & Boehm                 Goehring, Rutter & Boehm                 220 Grant Street
437 Grant Street, 14th Floor             c/o Jeffrey R. Hunt, Esquire             Pittsburgh, PA 15219-2123
Frick Building                           437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101                Frick Building
                                         Pittsburgh, PA 15219-6101

Collection Service Center                Comenity/Express                         County of Allegheny
P.O. Box 560                             PO Box 182789                            Goehring, Rutter, and Boehm
New Kensington, PA 15068-0560            Columbus, OH 43218-2789                  437 Grant Street, 14th Floor
                                                                                  Frick Building
                                                                                  Pittsburgh, PA 15219-6101


County of Allegheny                      Discover Bank                            (p)DISCOVER FINANCIAL SERVICES LLC
Goehring, Rutter & Boehm                 Discover Products Inc                    PO BOX 3025
c/o Jeffrey R. Hunt, Esquire             PO Box 3025                              NEW ALBANY OH 43054-3025
437 Grant Street, 14th Floor             New Albany, OH  43054-3025
Frick Building
Pittsburgh, PA 15219-6101

Duquense Light Company                   Duquesne Light Company                   ECMC
411 Seventh Ave                          c/o Bernstein-Burkley, P.C.              PO Box 64909
Pittsburgh, PA 15219-1942                707 Grant Street, Suite 2200, Gulf Tower Saint Paul, MN 55164-0909
                                         Pittsburgh, PA 15219-1945


Keri P. Ebeck                            First Premier Bank                       Greater Police Federal Credit Pittsburgh
Bernstein-Burkley                        601 South Minnesota Avenue               1338 Chartiers Avenue
707 Grant Street                         Sioux Falls, SD 57104-4868               Pittsburgh, PA 15220-4800
Suite 2200 Gulf Tower
Pittsburgh, PA 15219-1945


Jeffrey R. Hunt                          Jordan Tax Service                       MERRICK BANK
Goehring, Rutter & Boehm                 PO Box 200                               Resurgent Capital Services
437 Grant Street                         Bethel Park, PA 15102-0200               PO Box 10368
14th Floor                                                                        Greenville, SC 29603-0368
Pittsburgh, PA 15219-6107


MIDLAND FUNDING LLC                      Merrick Bank                             Office of the United States Trustee
PO Box 2011                              10705 S. Jordan Street                   Liberty Center.
Warren, MI 48090-2011                    Suite 200                                1001 Liberty Avenue, Suite 970
                                         South Jordan, UT 84095-3977              Pittsburgh, PA 15222-3721


Oliphant Financial, LLC                  PHEAA                                    PRA Receivables Management, LLC
2601 Cattleman Road, Suite 300           PO Box 8147                              PO Box 41021
Sarasota, FL 34232-6231                  Harrisburg, PA 17105-8147                Norfolk, VA 23541-1021
```

```
Pennsylvania Dept. of Revenue          Peoples Natural Gas                    Peoples Natural Gas Company LLC
Department 280946                      375 N Shore Dr                         c/o S. James Wallace, P.C.
P.O. Box 280946                        Pittsburgh, PA 15212-5866              845 N. Lincoln Ave.
ATTN: BANKRUPTCY DIVISION                                                     Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946


Pittsburgh Water & Sewer Authority     Pittsburgh Water & Sewer Authority     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Goehring, Rutter, and Boehm            Goehring, Rutter & Boehm               PO BOX 41067
437 Grant Street, 14th Floor           c/o Jeffrey R. Hunt, Esquire           NORFOLK VA 23541-1067
Frick Building                         437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6101              Frick Building
                                       Pittsburgh, PA 15219-6101


Premier Bankcard, Llc                  Quantum3 Group LLC as agent for        SYNCB/Ashley Home Stores
Jefferson Capital Systems LLC Assignee Comenity Bank                          PO Box 965036
Po Box 7999                            PO Box 788                             Orlando, FL 32896-5036
Saint Cloud Mn 56302-7999              Kirkland, WA  98083-0788



Kenneth Steidl                         TD Bank USA, N.A.                      TD Bank USA/Target Credit
Steidl & Steinberg                     C O WEINSTEIN & RILEY, PS              PO Box 673
Suite 2830 Gulf Tower                  2001 WESTERN AVENUE, STE 400           Minneapolis, MN 55440-0673
707 Grant Street                       SEATTLE, WA 98121-3132
Pittsburgh, PA 15219-1908


The Huntington National Bank           Toyota Lease Trust                     Toyota Motor Credit Corp.
3 Cascade Plaza-CAS056                 c/o Toyota Motor Credit Corporation    PO Box 9786
Akron OH 44308-1124                    PO Box 9013                            Cedar Rapids, IA 52409-0004
                                       Addison, Texas 75001-9013


UPMC Community Medicine                UPMC Health Services                   UPMC Physician Services
c/o CBCS                               PO Box 371472                          PO Box 1123
PO Box 2724                            Pittsburgh, PA 15250-7472              Minneapolis MN 55440-1123
Columbus, OH 43216-2724


Van Ru Credit Corporation              Janet J. Wade                          S. James Wallace
4839 N. Elston Avenue                  301 East McIntyre Avenue               845 N. Lincoln Avenue
Chicago, IL 60630-2534                 Pittsburgh, PA 15214-3324              Pittsburgh, PA 15233-1828



James Warmbrodt                        Ronda J. Winnecour
KML Law Group, P.C.                    Suite 3250, USX Tower
701 Market Street                      600 Grant Street
Suite 5000                             Pittsburgh, PA 15219-2702
Philadelphia, PA 19106-1541
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Financial Services            Portfolio Recovery Associates, LLC
PO Box 15316                           POB 12914
Wilmington, DE 19850-5316              Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant St., Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | (d)Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (u)Toyota Lease Trust | (d)S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 | End of Label Matrix<br>Mailable recipients   52<br>Bypassed recipients    5<br>Total                 57 |