IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21858 |
| | ) | Chapter 13 |
| Janet J. Wade, | ) | |
|    *Debtor* | ) | Related to Document No. 46 |
| | ) | |
| Janet J. Wade, | ) | |
| Social Security No. XXX-X -4905 | ) | |
|    *Movant* | ) | |
| | ) | |
|    *vs.* | ) | |
| | ) | |
| Internal Revenue Service and Ronda J. | ) | |
| Winnecour, Trustee, | ) | |
|    *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on April 4, 2019, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Janet J. Wade  
301 East McIntyre Avenue  
Pittsburgh, PA 15214  

Internal Revenue Service  
Attn: Payroll Dept.  
PO Box 7346  
Philadelphia, PA 19101-7346  

Date of Service:     April 4, 2019        /s/ Kenneth M. Steidl  
                                                           Kenneth Steidl, Esquire  
                                                           STEIDL & STEINBERG  
                                                           28th Floor, Gulf Tower  
                                                           707 Grant Street  
                                                           Pittsburgh, PA 15219  
                                                           (412) 391-8000  
                                                           PA I.D. 34965