# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Janet J. Wade**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 18-21858 GLT** |
| **Toyota Lease Trust**<br>　　　　　　　　　　**Movant**<br>　　　vs. | **Chapter 13**<br><br>**Related to Claim No. 59** |
| **Janet J. Wade**<br>　　　　　　　　　　**Debtor(s)** | |
| **Ronda J. Winnecour**,　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 15, 2019, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Janet J. Wade
301 East McIntyre Avenue
Pittsburgh, PA 15214

Attorney for Debtor(s)
Kenneth Steidl, Esq.
Steidl & Steinberg 707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first class mail

Dated: October 15, 2019

　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　412-430-3594