**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

01/20/2021

IN RE:

| | |
|---|---|
| JANET J. WADE<br>301 EAST MCINTYRE AVENUE<br>PITTSBURGH, PA 15214<br>XXX-XX-4905    Debtor(s) | Case No.18-21858 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

1/20/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ASHLEY HOMESTORE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  0813 |
| **KERI P EBECK ESQ**<br>BERNSTEIN-BURKLEY<br>707 GRANT STREET<br>SUITE 2200 GULF TOWER<br>PITTSBURGH, PA  15219 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CITY CO FEDERAL CREDIT UNION***<br>220 GRANT ST<br><br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:4   INT %:  5.00%<br>Court Claim Number:10<br><br>CLAIM:  7,350.43<br>COMMENT:  $CL10GOV@TERMS/PL*LOAN MATURED 7/3/15*$CL-PL@5%/PL | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.:  4002 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br><br>MCMURRAY, PA  15317 | Trustee Claim Number:5   INT %:  10.00%<br>Court Claim Number:9<br><br>CLAIM:  901.29<br>COMMENT:  46G245*1121.62@10%TTL/PL*15-18/CL*WNTS 10%*W/35* | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.:  G245 |
| **PHEAA FRN**<br>C/O ECMC(*)<br>LOCK BOX 8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  61,698.47<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4905 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br><br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9235 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br><br><br>PITTSBURGH, PA  15264-5266 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5780 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br><br><br>WILMINGTON, DE  19801 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br><br>NEW KENSINGTON, PA  15068 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11   INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 675.66<br>COMMENT: EXPRESS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0434 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 12   INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,195.68<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9612 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 13   INT %: 0.00%<br>Court Claim Number: 18<br>CLAIM: 994.15<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6565 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 14   INT %: 0.00%<br>Court Claim Number: 16<br>CLAIM: 883.46<br>COMMENT: NO PMTS EVER;CHG OFF 6/30/17*REF3425254141 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9617 |
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA**<br>C/O JEFFERSON CAPITAL SYSTEMS LLC*<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 15   INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 911.70<br>COMMENT: REF 3425241285 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3699 |
| **GREATER PITTSBURGH POLICE FCU**<br>1338 CHARTIERS AVE<br>PITTSBURGH, PA 15220 | Trustee Claim Number: 16   INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 19,652.40<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2601 |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS**<br>POB 10368<br>GREENVILLE, SC 29603-0368 | Trustee Claim Number: 17   INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,827.26<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9453 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 18   INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 1,619.01<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4213 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 19   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 453.10<br>COMMENT: ASHLEY HOME*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0813 |
| **TD BANK USA NA****<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA 98124 | Trustee Claim Number: 20   INT %: 0.00%<br>Court Claim Number: 20<br>CLAIM: 973.64<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1969 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  163.83<br>COMMENT:  9736~UPMC CMMNTY MDCN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4905 |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br><br>ST PAUL, MN  55116-0478 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **OLIPHANT FINANCIAL(*)++**<br>2601 CATTLEMEN RD STE 300<br><br>SARASOTA, FL  34232 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **VAN RU CREDIT++**<br>1350 E TOUGHY AVE STE 100E<br><br>DES PLAINES, IL  60018-3307 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:3-2<br><br>CLAIM:  4,999.61<br>COMMENT:  RS/OE*$/CL-PL*AMD CL=$0*W/39 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  V335 |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br><br>COLUMBUS, OH  43231 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  534.65<br>COMMENT:  NT/SCH*OVERDRAFT | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7511 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br><br>WARREN, MI  48090 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:6<br><br>CLAIM:  2,631.96<br>COMMENT:  NT/SCH*CITI/BEST BUY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5382 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CITY AND SD OF PGH/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  ALLEGHENY CO/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PGH WTR AND SWR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 32  INT %: 10.00%<br>Court Claim Number: 7<br>CLAIM: 64.42<br>COMMENT: 46G245*$CL-PL@10%/PL*NT/SCH*WNTS 10%*THRU 5/7/18 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G245 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 33  INT %: 12.00%<br>Court Claim Number: 8<br>CLAIM: 82.78<br>COMMENT: 46G245*110.73@12%TTL/PL*NT/SCH*WNTS12%*2017*W/34 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G245 |
| **COUNTY OF ALLEGHENY (R/E TAX)***<br>%JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 27.95<br>COMMENT: 46G245*110.73@0%TTL/PL*NT/SCH*NON%*2017*W/33 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G245 |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)***<br>C/O JORDAN TAX SVC<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 220.33<br>COMMENT: 46G245*1121.62@10%TTL/PL*15-18/CL*NON INT*W/5*NT PROV/PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G245 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 4,347.51<br>COMMENT: NT/SCH*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7673 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: TOYOTA MOTOR CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT/DOE-PL*BGN 5/19 TT DISTRIB*ACCT NUM/DOE | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9662 |
| **TOYOTA LEASE TRUST**<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 3-2<br>CLAIM: 12,516.01<br>COMMENT: LEASE DEFICIENCY*AMD*W/26 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1335 |