Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Janet J. Wade**
 Debtor(s)

Bankruptcy Case No.: 18−21858−GLT
Related to Docket No. 65
Chapter: 13
Docket No.: 66 − 65
Concil. Conf.: July 22, 2021 at 09:00 AM

## **ORDER**

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 27, 2021,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **June 11, 2021,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **July 22, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 12, 2021

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                   Case No. 18-21858-GLT
Janet J. Wade                                                                            Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3
Date Rcvd: Apr 12, 2021      Form ID: 213      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet J. Wade, 301 East McIntyre Avenue, Pittsburgh, PA 15214-3324 |
| cr | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| cr | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14828300 | + | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14828301 | + | Allegheny Health Network, c/o Sate Collection Services, 2509 S. Soughton Road, Madison, WI 53716-3314 |
| 14828302 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14828303 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14870655 | + | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14828305 | + | City Co Federal Credit Union, 220 Grant Street, Pittsburgh, PA 15219-2123 |
| 14828306 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14870635 | + | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14828310 | | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 14828311 | + | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14828313 | + | Greater Police Federal Credit Pittsburgh, 1338 Chartiers Avenue, Pittsburgh, PA 15220-4800 |
| 14828314 | | Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14856553 | + | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14828317 | + | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14863617 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14870627 | + | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14828319 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 15206169 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14855660 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14828320 | + | Toyota Motor Credit Corp., PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14828321 | | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14828322 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14877058 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14828323 | + | Van Ru Credit Corporation, 4839 N. Elston Avenue, Chicago, IL 60630-2534 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14828304 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 13 2021 02:02:00 | Bernstein -Burkley, PC, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14828307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2021 02:02:00 | Comenity/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14828308 | | Email/Text: mrdiscen@discover.com | Apr 13 2021 02:01:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14831928 | | Email/Text: mrdiscen@discover.com | Apr 13 2021 02:01:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-21858-GLT   Doc 67   Filed 04/14/21   Entered 04/15/21 00:41:01   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-2 | User: jhel | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: 213 | Total Noticed: 45 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14828309 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 13 2021 02:02:00 | Duquense Light Company, 411 Seventh Ave, Pittsburgh, PA 15219-1942 |
| 14880852 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 13 2021 02:02:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14878811 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2021 01:04:13 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14868150 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 13 2021 02:02:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14828315 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2021 01:06:08 | Merrick Bank, 10705 S. Jordan Street, Suite 200, South Jordan, UT 84095-3977 |
| 14828316 | + | Email/Text: bankruptcy@oliphantfinancial.com | Apr 13 2021 02:02:00 | Oliphant Financial, LLC, 2601 Cattleman Road, Suite 300, Sarasota, FL 34232-6231 |
| 14875646 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2021 01:06:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14829692 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2021 01:08:08 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14878810 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2021 02:02:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878320 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2021 02:02:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14828318 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2021 01:06:09 | SYNCB/Ashley Home Stores, PO Box 965036, Orlando, FL 32896-5036 |
| 14881744 | + | Email/Text: bncmail@w-legal.com | Apr 13 2021 02:02:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14832935 | + | Email/Text: bankruptcy@huntington.com | Apr 13 2021 02:02:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14828312 | *+ | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Case 18-21858-GLT   Doc 67   Filed 04/14/21   Entered 04/15/21 00:41:01   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: jhel | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2021 | Form ID: 213 | Total Noticed: 45 |

Date: Apr 14, 2021                    Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com  cnoroski@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com  cnoroski@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Janet J. Wade julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9