IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Janet J. Wade, | ) | Case No. 18-21858 GLT |
| *Debtor* | ) | Chapter 13 |
| | ) | Related to Docket No. 74 |
| Ronda J. Winnecour, Trustee, | ) | |
| *Movant* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Janet J. Wade, | ) | |
| *Respondent* | ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on December 30, 2021, a true and correct copy of the *Order to Stop Payroll Deductions* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Internal Revenue Service
Attn Payroll Manager
Po Box 7346
Philadelphia, PA 19101

Janet J. Wade
301 East McIntyre Avenue
Pittsburgh, PA 15214


Date of Service: December 30, 2021          /s/ Kenneth Steidl
                                                                        Kenneth Steidl, Esquire
                                                                        Attorney for the Debtor
                                                                        STEIDL & STEINBERG
                                                                        2830 Gulf Tower - 707 Grant Street
                                                                        Pittsburgh, PA 15219 (412) 391-8000
                                                                        ken.steidl@steidl-steinberg.com
                                                                        PA I.D. No. 34965