FILED
3/22/22 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Janet J. Wade ) | Case No. 18-21858 GLT |
|    Debtor ) | Chapter 13 |
| ) | Document No. |
| Steidl and Steinberg, P.C. ) | |
|    Applicant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. Winnecour, ) | |
| Trustee, AES/PHEAA, AHN, Barclays Bank Delaware, ) | |
| City and School District of Pittsburgh, City Co FCU, ) | |
| Collection Service Center, Comenity/Express, County ) | |
| of Allegheny, Discover Bank, Discover Financial, ) | Related to Docket No. 77 |
| Duquesne Light Co., ECMC, First Premier Bank, ) | |
| Greater Police FCU, Jordan Tax Service, Merrick Bank, ) | |
| Midland Funding, Oliphant Financial, PHEAA, PRA ) | |
| Receivables, PA Dept. of Revenue, Peoples Natural ) | |
| Gas, Pittsburgh Water and Sewer, Portfolio Recovery ) | |
| Assoc., Premier Bankcard, Quantum 3 Group, SYNCB/ ) | |
| Ashley Home Store, TD Bank USA/Target Credit, ) | |
| Huntington National Bank, Toyota Lease Trust, Toyota ) | |
| Motor Credit, UPMC Community Medicine, UPMC ) | |
| Health Services, UPMC Physician Services, Van Ru ) | |
| Credit Corp., ) | |
|    Respondents ) | |

**ORDER OF COURT**

AND NOW, to-wit this __22nd Day of March__, 2022, after consideration of the Application for Final Compensation by Counsel for Debtor it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Application for Final Compensation is approved in the additional amount of $3,115.00 for work performed in the Chapter 13 case by Debtor's counsel from April 9, 2018, to February 18, 2022.

2. The Debtor paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. Before the approval of this Fee Application, the Debtors' counsel was paid a $600.00 retainer prior to filing and has been paid, or is approved (in prior plan(s)) to be paid, $3,400.00 by the Chapter 13 Trustee. With the approval of this Fee Application, the total amount of allowed fees in this case for Debtor's counsel is $7.115.00, with the total to be paid through the Plan by the Trustee being $3,900.00 (representing the $3,400.00 previously approved to be paid (as set forth above), an additional $500.00 that was approved as part of the Amended Chapter 13 Plan dated April 16, 2021 (at Doc. 68) which was confirmed on July 23, 2021, (at Doc. 69),

4. The fees requested will not decrease the amount to be paid to other creditors being paid through the Chapter 13 Plan;

5. The clerk shall record the total compensation as $3,115.00

6. The balance is waived.

FURTHER ORDERED:

Hon. Gregory L. Taddonio
United States Bankruptcy Judge

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21858-GLT |
| Janet J. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0315-2                           User: auto                                      Page 1 of 2
Date Rcvd: Mar 22, 2022                  Form ID: pdf900                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Janet J. Wade, 301 East McIntyre Avenue, Pittsburgh, PA 15214-3324 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2022                 Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Janet J. Wade julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |

District/off: 0315-2     User: auto     Page 2 of 2

Date Rcvd: Mar 22, 2022     Form ID: pdf900     Total Noticed: 1

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9