Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Janet J. Wade** | : | Case No. 18−21858−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 83 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 7/27/22 at 11:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 25th of May, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 83 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before July 9, 2022*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *July 27, 2022 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21858-GLT |
| Janet J. Wade | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet J. Wade, 301 East McIntyre Avenue, Pittsburgh, PA 15214-3324 |
| 14828302 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14828305 | + | City Co Federal Credit Union, 220 Grant Street, Pittsburgh, PA 15219-2123 |
| 14828306 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14828313 | + | Greater Police Federal Credit Pittsburgh, 1338 Chartiers Avenue, Pittsburgh, PA 15220-4800 |
| 14828314 | | Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14828317 | + | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14828321 | | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14828322 | | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14877058 | | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 14828323 | + | Van Ru Credit Corporation, 4839 N. Elston Avenue, Chicago, IL 60630-2534 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 25 2022 23:57:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 25 2022 23:57:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | May 25 2022 23:57:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14828300 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14828301 | + | Email/Text: amieg@stcol.com | May 25 2022 23:57:00 | Allegheny Health Network, c/o Sate Collection Services, 2509 S. Soughton Road, Madison, WI 53716-3314 |
| 14828303 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 25 2022 23:57:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14828304 | + | Email/Text: kburkley@bernsteinlaw.com | May 25 2022 23:58:00 | Bernstein -Burkley, PC, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14870655 | + | Email/Text: ebnjts@grblaw.com | May 25 2022 23:57:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14828307 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 25 2022 23:57:00 | Comenity/Express, PO Box 182789, Columbus, OH 43218-2789 |

Case 18-21858-GLT    Doc 85    Filed 05/27/22    Entered 05/28/22 00:28:44    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 45 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14870635 | + | Email/Text: ebnjts@grblaw.com | May 25 2022 23:57:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14828308 | | Email/Text: mrdiscen@discover.com | May 25 2022 23:57:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14831928 | | Email/Text: mrdiscen@discover.com | May 25 2022 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14828309 | + | Email/Text: kburkley@bernsteinlaw.com | May 25 2022 23:58:00 | Duquense Light Company, 411 Seventh Ave, Pittsburgh, PA 15219-1942 |
| 14880852 | + | Email/Text: kburkley@bernsteinlaw.com | May 25 2022 23:58:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14828310 | | Email/Text: ECMCBKNotices@ecmc.org | May 25 2022 23:57:00 | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 14828311 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | May 26 2022 00:01:34 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14878811 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 00:01:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14868150 | + | Email/Text: bankruptcydpt@mcmcg.com | May 25 2022 23:57:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14828315 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 26 2022 00:01:18 | Merrick Bank, 10705 S. Jordan Street, Suite 200, South Jordan, UT 84095-3977 |
| 14828316 | + | Email/Text: bankruptcy@oliphantfinancial.com | May 25 2022 23:58:00 | Oliphant Financial, LLC, 2601 Cattleman Road, Suite 300, Sarasota, FL 34232-6231 |
| 14856553 | + | Email/Text: bncnotifications@pheaa.org | May 25 2022 23:57:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14875646 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 26 2022 00:01:35 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14829692 | + | Email/PDF: rmscedi@recoverycorp.com | May 26 2022 00:01:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14863617 | + | Email/Text: ebnpeoples@grblaw.com | May 25 2022 23:57:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14870627 | + | Email/Text: ebnpwsa@grblaw.com | May 25 2022 23:57:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14878810 | + | Email/Text: JCAP_BNC_Notices@jcap.com | May 25 2022 23:58:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878320 | | Email/Text: bnc-quantum@quantum3group.com | May 25 2022 23:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14828318 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2022 00:01:19 | SYNCB/Ashley Home Stores, PO Box 965036, Orlando, FL 32896-5036 |
| 14881744 | + | Email/Text: bncmail@w-legal.com | May 25 2022 23:58:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14828319 | + | Email/Text: bncmail@w-legal.com | May 25 2022 23:57:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14832935 | + | Email/Text: bankruptcy@huntington.com | May 25 2022 23:57:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |
| 14855660 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 25 2022 23:57:00 | Toyota Lease Trust, c/o Toyota Motor Credit |

Case 18-21858-GLT   Doc 85   Filed 05/27/22   Entered 05/28/22 00:28:44   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| | | | | Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15206169 | | Email/PDF: bncnotices@becket-lee.com | May 26 2022 00:01:27 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14828320 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 25 2022 23:57:00 | Toyota Motor Credit Corp., PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14828322 | ^ | MEBN | May 25 2022 23:52:44 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14877058 | ^ | MEBN | May 25 2022 23:52:48 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14828312 | *+ | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022           Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Janet J. Wade julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: May 25, 2022 | Form ID: 604 | Total Noticed: 45

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9