| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Janet J. Wade<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4905<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 18–21858–GLT | |

# Order of Discharge                                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Janet J. Wade

<u>7/11/22</u>                                               **By the court:** <u>Gregory L. Taddonio</u><br>
                                                                                       United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21858-GLT |
| Janet J. Wade | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 11, 2022 | Form ID: 3180W | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet J. Wade, 301 East McIntyre Avenue, Pittsburgh, PA 15214-3324 |
| 14828302 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14828305 | + | City Co Federal Credit Union, 220 Grant Street, Pittsburgh, PA 15219-2123 |
| 14828306 | + | Collection Service Center, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14828313 | + | Greater Police Federal Credit Pittsburgh, 1338 Chartiers Avenue, Pittsburgh, PA 15220-4800 |
| 14828314 | | Jordan Tax Service, PO Box 200, Bethel Park, PA 15102-0200 |
| 14828317 | + | Peoples Natural Gas, 375 N Shore Dr, Pittsburgh, PA 15212-5866 |
| 14828321 | | UPMC Community Medicine, c/o CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 14828323 | + | Van Ru Credit Corporation, 4839 N. Elston Avenue, Chicago, IL 60630-2534 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Jul 12 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 12 2022 00:06:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: ebnjts@grblaw.com | Jul 12 2022 00:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + Email/Text: ebnjts@grblaw.com | Jul 12 2022 00:06:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + Email/Text: ebnpwsa@grblaw.com | Jul 12 2022 00:06:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14828300 | + Email/Text: bncnotifications@pheaa.org | Jul 12 2022 00:06:00 | AES/PHEAA, 1200 N 7th Street, Harrisburg, PA 17102-1419 |
| 14828301 | + Email/Text: amieg@stcol.com | Jul 12 2022 00:06:00 | Allegheny Health Network, c/o Sate Collection Services, 2509 S. Soughton Road, Madison, WI |

Case 18-21858-GLT    Doc 88    Filed 07/13/22    Entered 07/14/22 00:24:54    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jul 11, 2022 | Form ID: 3180W | Total Noticed: 47 |

| | | | |
| --- | --- | --- | --- |
| 14828303 | + EDI: TSYS2 | Jul 12 2022 04:08:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 (continued 53716-3314) |
| 14828304 | + Email/Text: kburkley@bernsteinlaw.com | Jul 12 2022 00:06:00 | Bernstein -Burkley, PC, 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14870655 | + Email/Text: ebnjts@grblaw.com | Jul 12 2022 00:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14828307 | + EDI: WFNNB.COM | Jul 12 2022 04:08:00 | Comenity/Express, PO Box 182789, Columbus, OH 43218-2789 |
| 14870635 | + Email/Text: ebnjts@grblaw.com | Jul 12 2022 00:06:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14828308 | EDI: DISCOVER.COM | Jul 12 2022 04:08:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850-5316 |
| 14831928 | EDI: DISCOVER.COM | Jul 12 2022 04:08:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14828309 | + Email/Text: kburkley@bernsteinlaw.com | Jul 12 2022 00:06:00 | Duquense Light Company, 411 Seventh Ave, Pittsburgh, PA 15219-1942 |
| 14880852 | + Email/Text: kburkley@bernsteinlaw.com | Jul 12 2022 00:06:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14828310 | Email/Text: ECMCBKNotices@ecmc.org | Jul 12 2022 00:06:00 | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 14828311 | + EDI: AMINFOFP.COM | Jul 12 2022 04:08:00 | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14878811 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2022 00:12:28 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14868150 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 12 2022 00:06:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14828315 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 12 2022 00:11:59 | Merrick Bank, 10705 S. Jordan Street, Suite 200, South Jordan, UT 84095-3977 |
| 14828316 | + Email/Text: bankruptcy@oliphantfinancial.com | Jul 12 2022 00:06:00 | Oliphant Financial, LLC, 2601 Cattleman Road, Suite 300, Sarasota, FL 34232-6231 |
| 14856553 | + Email/Text: bncnotifications@pheaa.org | Jul 12 2022 00:06:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14875646 | EDI: PRA.COM | Jul 12 2022 04:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14829692 | + EDI: RECOVERYCORP.COM | Jul 12 2022 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14863617 | + Email/Text: ebnpeoples@grblaw.com | Jul 12 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14870627 | + Email/Text: ebnpwsa@grblaw.com | Jul 12 2022 00:06:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14878810 | + EDI: JEFFERSONCAP.COM | Jul 12 2022 04:08:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14878320 | EDI: Q3G.COM | Jul 12 2022 04:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |

Case 18-21858-GLT    Doc 88    Filed 07/13/22    Entered 07/14/22 00:24:54    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 11, 2022 | Form ID: 3180W | Total Noticed: 47 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14828318 | + | EDI: RMSC.COM | Jul 12 2022 04:08:00 | SYNCB/Ashley Home Stores, PO Box 965036, Orlando, FL 32896-5036 |
| 14881744 | + | Email/Text: bncmail@w-legal.com | Jul 12 2022 00:06:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14828319 | + | EDI: WTRRNBANK.COM | Jul 12 2022 04:08:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14832935 | + | Email/Text: bankruptcy@huntington.com | Jul 12 2022 00:06:00 | The Huntington National Bank, 3 Cascade Plaza-CAS056, Akron OH 44308-1124 |
| 14855660 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 12 2022 00:06:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15206169 | | Email/PDF: bncnotices@becket-lee.com | Jul 12 2022 00:12:16 | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14828320 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 12 2022 00:06:00 | Toyota Motor Credit Corp., PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 14828322 | ^ | MEBN | Jul 12 2022 00:05:19 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14877058 | ^ | MEBN | Jul 12 2022 00:05:32 | UPMC Physician Services, PO Box 1123, Minneapolis MN 55440-1123 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14828312 | *+ | First Premier Bank, 601 South Minnesota Avenue, Sioux Falls, SD 57104-4868 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 13, 2022          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Lease Trust bnicholas@kmllawgroup.com |

District/off: 0315-2                                    User: auto                                              Page 4 of 4
Date Rcvd: Jul 11, 2022                            Form ID: 3180W                                    Total Noticed: 47

| | |
|---|---|
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Janet J. Wade julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 9